those the subject of Abstract 64603, the claim at 20 percent under the provision in paragraph 923, as modified by the Japanese Protocol to the General Agreement on Tariffs and Trade (T.D. 53865), supplemented by Presidential proclamation (T.D. 53877), for manufactures of cotton, not specially provided for, by similitude, was sustained. The items marked "S," stipulated to consist of sponges the same as those involved in Abstract 61191, were held dutiable at 12½ percent under the provision in paragraph 1537(b), as modified, *supra*, for manufactures, wholly or in chief value of india rubber, not specially provided for, as claimed.

No. 65802.—Unitron Import Corp. et al. *v.* United States, protests 59/29058, etc. (Los Angeles).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiffs was sustained.

No. 65803.—A. & P. Import Company *v.* United States, protest 60/21986 (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiff was sustained.

No. 65804.—R. H. Macy & Co., Inc. *v.* United States, protests 60/28227, 60/29239, and 60/30472 (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiff was sustained.

No. 65805.—Kwan Yuen Co. et al. *v.* United States, protests 287285–K, etc. (Los Angeles).